# EXHIBIT B

Screenshots of checkout pages showing that the defendants offer infringing and counterfeit products for sale into the Western District of Pennsylvania