IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GLAZERO INTERNATIONAL INC.,

*Plaintiff*,

v.

SCHEDULE A DEFENDANTS,

*Defendant*.

Civil Action No. 2:26-cv-01142

Hon. William S. Stickman IV

**HEARING MEMO**

HEARING HELD:  Videoconference Motion Hearing
DATE HEARING HELD:  June 04, 2026
BEFORE:  Judge William S. Stickman IV

Appearing for Plaintiff:
Zhan Jin, Esquire

Appearing for Defendants:
n/a

Hearing began at 2:01 p.m.

Hearing concluded at 2:23 p.m.

Stenographer:  Barbara Loch

OUTCOME:

Motion Hearing held re:  Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery (ECF No. 14).  The Court finds the requisite elements have been met and the temporary restraining order will issue. $5,000 bond will be required. The temporary restraining order must be served upon Defendants forthwith, and Plaintiff must file proof of the same with the Court.

Injunction Hearing scheduled for 06/18/26 at 9:30 a.m. in courtroom 8B.

Orders of Court to follow.